```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

MAKIA SMITH                    *

       Plaintiff      *

    vs.                        *   CIVIL ACTION NO. MJG-13-1352

BALTIMORE CITY POLICE          *
DEPARTMENT et al.
       Defendants     *

\*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER RE: OFFICER DISMISSAL MOTION

For reasons stated on the record of proceedings held on November 26, 2013:

1. Defendants Pilkerton, Ulmer, and Campbell's Motion to Dismiss Counts IV, V, VI, and VII [Document 7] is GRANTED.

2. All claims against Defendants Pilkerton, Ulmer, and Campbell in Counts IV, V, VI, and VII are dismissed without prejudice to the ability of Plaintiff to seek leave to reassert any claim upon a showing of an adequate evidentiary basis for such a claim.

SO ORDERED, this Wednesday, November 27, 2013.

                                                        /s/
                                          Marvin J. Garbis
                                    United States District Judge