FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 APR 10  P 4: 29

CLERK'S OFFICE
AT BALTIMORE

BY___        DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MAKIA SMITH, | * | |
| Plaintiff | * | |
| v. | * | CASE NO.:  1:13-cv-1352-MJG |
| BALTIMORE CITY POLICE DEPARTMENT, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## FIRST AMENDED SCHEDULING ORDER

In response to the joint request by the Plaintiff and individual officer Defendants to

extend certain dates in the Scheduling Order Re: Non-Monell Claims (ECF No. 16), the

deadlines below are hereby amended as follows:

| Deadline | Current Date | Requested Modified Date |
|---|---|---|
| Any party wishing to file a motion for summary judgment shall provide the Court with a one-page summary of each asserted ground on which summary judgment is sought | April 15, 2014 | June 15, 2014 |
| Fact discovery shall be completed | April 30, 2014 | June 30, 2014 |

Case 1:13-cv-01352-MJG Document 33-1 Filed 04/10/14 Page 2 of 2

With the exception of these amendments, all other provisions set forth in the Scheduling

Order Re: Non-Monell Claims (ECF No. 16) remain in full force and effect.

SO ORDERED , on Thursday,
April 10, 2014.

_____
/s/

The Honorable Marvin J. Garbis
United States District Court Judge