

**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND
**101 W. LOMBARD STREET**
BALTIMORE, MARYLAND  21201

Chambers of
**Hon. Marvin J. Garbis**
United States District Judge

April 16, 2014

ALL COUNSEL OF RECORD

    Re:  Smith v. BCPD, MJG-13-1352

Dear Counsel:

    I have Ms. Harlan's letter of April 14, 2014 [Document 37] requesting clarification.  Neither a response nor a hearing is needed.

    The Scheduling Order Re: Non-Monell Claims provided that "the case shall proceed with regard to claims against all Defendants other than the Baltimore City Police Department and Anthony Batts[1] as [set forth therein]."  [Document 16] at 1.  The parties dispute whether the reference to a separate Scheduling Order regarding the Monell claims meant that there could be no discovery on such claims until the Order was issued.  That was not intended and, in the context of the instant case, would not be appropriate.

    The ambiguity is hereby clarified:

- The parties are not restricted from pursuing discovery that pertains to the Monell claims.

- The parties are encouraged, but are not required, to defer discovery that solely relates to Monell claims since they will have ample time to engage in such discovery after resolution of the non-Monell claims.

---

[1] A separate Scheduling Order shall be issued in regard to claims against these Defendants unless their pending dismissal motion is granted.

COUNSEL OF RECORD  
April 16, 2014  
Page No. 2

    I am considering issuing the separate Scheduling Order regarding the Monell claims[2] after resolution of the non-Monell claims. The parties shall provide their respective views on this by April 30, 2014.

    Although in letter form, this document constitutes an Order and shall be docketed as such by the Clerk.

                                        Yours truly,

                                _____/s/_____  
                                Marvin J. Garbis  
                        United States District Judge

cc: Clerk

---

[2] That is, the Scheduling Order that would impose deadlines for discovery and summary judgment motions for the Monell claims.