

Writer's Direct Contact:
410.783.3528
eharlan@agtlawyers.com

Reply to Baltimore Office

217 east redwood street
21st floor
baltimore, maryland 21202
410.783.3550
410.783.3530 fax

washington, dc

www.agtlawyers.com

April 30, 2014

The Honorable Marvin J. Garbis
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:   *Makia Smith v. Baltimore City Police Department, et al.*
            Case No. 1:13-cv-1352 (MJG)

Dear Judge Garbis:

    By order dated April 17, 2014 (ECF No. 38), the Court requested the parties' views on whether the separate Scheduling Order for the Monell claims should issue now or after resolution of the non-Monell claims. Plaintiff believes it would be beneficial for the Court to enter a scheduling order for the Monell claims now. The Scheduling Order will provide structure to the overall litigation and encourage the parties to keep the case moving forward. Keeping in mind that the case against the individual officers will be tried first, Plaintiff's propose scheduling order was designed to give Plaintiff ample time to focus first on the case against the individual officers, and then turn to the Monell claims. Attached hereto is a proposed scheduling order for the Court's consideration, which establishes a fact discovery deadline of November 28 for the Monell claims.

    If the Court requires any additional information concerning this request, Plaintiff will readily comply.

                              Very truly yours,

                              /s/ Elizabeth A. Harlan

                              Elizabeth A. Harlan

EAH/raj

cc:    Christopher Lundy, Esq.