FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 AUG 12 A 11: 40

CLERK'S OFFICE
AT BALTIMORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MAKIA SMITH,     *

       Plaintiff     *

v.     *     CASE NO.: 1:13-cv-1352-MJG

BALTIMORE CITY POLICE     *
DEPARTMENT, *et al.*,
    *
       Defendants.
    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## SECOND AMENDED SCHEDULING ORDER RE: NON-MONELL CLAIMS

In accordance with the Court's order dated May 30, 2014 (ECF No. 42), the deadlines established in the First Amended Scheduling Order (ECF No. 36) are hereby extended as follows:

1. All fact discovery shall be completed by August 29.[1]

2. Any party wishing to file a motion for summary judgment shall provide the Court with a one-page summary of each asserted ground on which summary judgment is sought by August 15.

3. By July 15, Plaintiff shall:

    a. Provide the identity of all expert witnesses.

    b. Provide Rule 26(a)(2) information.

    c. Provide dates within 20 days on which each expert is available for deposition so that depositions can be taken.

4. By August 15, Defendants shall:

    a. Provide the identity of all expert witnesses.

---

[1] All date references herein are to the year 2014.

  b.  Provide Rule 26(a)(2) information.

  c.  Provide dates within 20 days on which each expert is available for deposition so that depositions can be taken.

5. By August 29, Plaintiff shall:

  a.  Provide the identity of any rebuttal expert witnesses.

  b.  Provide Rule 26(a)(2) information.

  c.  Provide dates within 20 days on which each expert is available for deposition so that depositions can be taken.

With the exception of these amendments, all other provisions set forth in the Scheduling Order Re: Non-Monell Claims (ECF No. 16) remain in full force and effect.

Date: August 11, 2014      SO ORDERED

                  /s/
                The Honorable Marvin J. Garbis
                United States District Court Judge