FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 SEP -2  P 12: 19

CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MAKIA SMITH,

    Plaintiff,

v.

BALTIMORE CITY POLICE
DEPARTMENT, *et al.*,

    Defendants.

Civil Action No:   1:13-CV-1352

## THIRD AMENDED SCHEDULING ORDER RE: NON-MONELL CLAIMS

The deadlines established in the Second Amended Scheduling Order (ECF No. 48) are hereby extended as follows:

1. By September 5, Defendants shall provide Rule 26(a)(2) information;

2. By September 19, Plaintiff shall:

    a. Provide the identity of any rebuttal expert witnesses.

    b. Provide Rule 26(a)(2) information.

    c. Provide dates within 20 days on which each expert is available for deposition so that depositions can be taken.

With the exception of this amendment, all other provisions set forth in the Second Amended Scheduling Order Re: Non-Monell Claims (ECF No. 48) remain in full force and effect.

SO ORDERED, on <u>Tuesday, September 2, 2014</u>.

                                                      /s/
                                        The Honorable Marvin J. Garbis
                                        United States District Court Judge