WHITEFORD, TAYLOR & PRESTON L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1636

MAIN TELEPHONE (410) 347-8700
FACSIMILE (410) 752-7092

BALTIMORE, MD
BETHANY BEACH, DE*
BETHESDA, MD
COLUMBIA, MD
DEARBORN, MI
FALLS CHURCH, VA
LEXINGTON, KY
ROANOKE, VA
TOWSON, MD
WASHINGTON, DC
WILMINGTON, DE*

WWW.WTPLAW.COM
(800) 987-8705

THURMAN W. ZOLLICOFFER, JR.
DIRECT LINE (410) 347-9453
DIRECT FAX (410) 223-4353
TZollicoffer@wtplaw.com

September 15, 2014

**VIA CM-ECF**
Honorable Marvin J. Garbis
United States District Court, District of Maryland

Re:   *Makia Smith v. Baltimore City Police Department, et al.*, Case No. 1:13-cv-1352

Dear Judge Garbis:

The Plaintiff stopped abruptly in the middle of Harford Road, blocked the flow of traffic and exited her vehicle while it remained in the road, purportedly to record an incident involving police officers. The relevant question on the majority of Plaintiff's claims is whether it was objectively reasonable for the Officers to believe that there was probable cause to arrest Ms. Smith. It is undisputed that Ms. Smith refused lawful orders to (1) move her car from the travel lane of Harford Road, as it was impeding the free flow of traffic; and (2) produce her driver's license upon lawful demand by Officer Church. The inescapable conclusion is that Officer Church had probable cause to arrest Ms. Smith.

Probable cause entitles the Officers to qualified immunity on Plaintiff's federal constitutional claims. Similarly, under state law, probable cause is an absolute defense to the majority of Plaintiff's state constitutional and common law claims. Moreover, there is insufficient evidence of conduct on the part of the Officer Defendants to support Count 11 (Intentional Infliction of Emotional Distress).

The Officer Defendants ask that Your Honor grant leave to file motions for summary judgment on these grounds.

Sincerely,

*/s/ Thurman W. Zollicoffer, Jr.*

Thurman W. Zollicoffer, Jr.

Whiteford, Taylor & Preston L.L.P. is a limited liability partnership. Our Delaware offices are operated under a separate Delaware limited liability company, Whiteford, Taylor & Preston L.L.C.