

Writer's Direct Contact:
410.783.3528
eharlan@agtlawyers.com

Reply to Baltimore Office

217 east redwood street
21st floor
baltimore, maryland 21202
410.783.3550
410.783.3530 fax

washington, dc

www.agtlawyers.com

September 19, 2014

The Honorable Marvin J. Garbis
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:   *Makia Smith v. Baltimore City Police Department, et al.*
           Case No. 1:13-cv-1352 (MJG)

Dear Judge Garbis:

    Plaintiff respectfully requests a two-week extension to provide her Rule 26(a)(2) disclosures. Plaintiff's counsel has conferred with potential experts and needs additional time for her expert to consider the Officer Defendants' expert report as well as the other relevant materials in this case. We anticipate being able to provide the Rule 26(a)(2) disclosures on or before Friday, October 3, 2014. The Officer Defendants do not object to this extension request.

    If the Court requires any additional information concerning this request, Plaintiff will readily comply.

                             Very truly yours,

                             /s/ Elizabeth A. Harlan

                             Elizabeth A. Harlan

EAH/kjg

cc:    Thurman W. Zollicoffer, Jr.
        Dennis M. Robinson, Esq.
        Patrick McKevitt, Esq.
        Christopher Lundy, Esq.