

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND  21201**

Chambers of
**Hon. Marvin J. Garbis**
United States District Judge
410-962-7700                      October 14, 2014

TO ALL COUNSEL OF RECORD


                    Re:  Smith v. BCPD, MJG-13-1352

Dear Counsel:

     I have before me Defendants Church, Pilkerton, Ulmer, and
Campbell's Motion for Partial Summary Judgment [Document 64],
Defendants Baltimore City Police Department and Commissioner Anthony
Batts' Motion for Summary Judgment [Document 65], and Ms. Harlan's
letter of October 10, 2014 [Document 66].

     By letter Order of September 29, 2014 [Document 59], I stated:

          It appears that, as to the Defendant Officers
          other than Church, the evidence may not -
          realistically evaluated - suffice to avoid
          summary judgment against them personally with
          regard to some, if not all, of the claims.  I
          find it appropriate to require Plaintiff's
          counsel to consider the evidence realistically
          and to specify to Defendants which particular
          claims are being asserted against which of these
          Officer Defendants.

                    *      *      *

          In response to Plaintiff's specifications, the
          Officer Defendants other than Church may file
          simplified motions for summary judgment
          regarding these claims.  These simplified
          motions need only identify the specific claims
          to which they are addressed.

COUNSEL OF RECORD
October 14, 2014
Page No. 2

A.   <u>Officer Defendants' Motion for Summary Judgment</u>

    In the Amended Complaint [Document 63], filed with the consent
of all Defendants, Plaintiff has clarified the claims that are being
made against the Officer Defendants <u>other than Church</u>.  This action
complies with the specification required in the letter Order and
triggered the ability of the Officer Defendants <u>other than Church</u>
to file the simplified summary judgment motion [Defendant 64].

    As a procedural matter, the summary judgment motion filed by
Officer Church lacks an adequate memorandum in support.  Defendant
Church, as distinct from the other Officer Defendants, was not given
leave to file a simplified summary judgment motion.  As a substantive
matter, there are genuine issues of material fact that prevent
Defendant Church from being granted summary judgment.  Even if there
were qualified immunity for the arrest itself – a subject that will
be addressed in regard to the motion filed by the other Officer
Defendants - there is evidence that would support a finding that
Defendant Church engaged in tortious conduct, including – but not
limited to - the use of excessive force.  Hence, the evidence at trial
would be essentially the same whether or not Defendant Church was
entitled to qualified immunity in regard to the arrest itself.

    Accordingly:

    1.   Defendants Church, Pilkerton, Ulmer, and Campbells Motion
         for Partial Summary Judgment [Document 64]

         a.   Is DENIED with regard to Defendant Officer Church and
              requires no response as to Defendant Officer Church.

         b.   Requires a response as to the other Officer
              Defendants.

         c.   Defendant Church may seek reconsideration if there
              is a grant of summary judgment as to the other Officer
              Defendants that should be deemed applicable to him
              also.

COUNSEL OF RECORD
October 14, 2014
Page No. 3


B.    BCPD and Commissioner's Motion for Summary Judgment

        Defendants Baltimore City Police Department and Commissioner
Anthony Batts seek summary judgment on the Monell claims.  They state
that if the Plaintiff does not prevail on any claims against the
Officer Defendants, she can have no valid Monell claim against them.
In this regard, they are correct, and if it is determined, on summary
judgment or at trial, that Plaintiff does not have a valid claim
against any Officer Defendant, they will be entitled to summary
judgment.  However, if Plaintiff does prevail, the case will proceed
to the Monell claim phase.

        Under the circumstances, Defendants Baltimore City Police
Department and Commissioner Anthony Batts' Motion for Summary
Judgment [Document 65] is DENIED WITHOUT PREJUDICE AS PREMATURE.

        Although in letter form, this document constitutes an Order and
shall be docketed as such by the Clerk.

                                Yours truly,


                                _____/s/_____
                                Marvin J. Garbis
                              United States District Judge


CC: Clerk