

**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND  21201**

**Chambers of**
**Hon. Marvin J. Garbis**
United States District Judge

March 16, 2015

ALL COUNSEL OF RECORD

  Re: Smith v. Church, MJG-13-1352

Dear Counsel:

  The Trial Schedule Order [Document 78] stated:

☞  **COUNSEL MUST BE SURE TO NOTE THAT**:

    (1) Any request for an instruction based on a printed text shall be submitted in the form of a photocopy of the printed page with any appropriate interlineation.

    (2) Any request based upon a precedent or other authority shall have attached a copy of the page(s) relied upon.

  The Order also provided a sample to make clear what was needed.

COUNSEL OF RECORD
March 16, 2015
Page No. 2



    I regret that neither side complied with the Order. I do not consider as a valid request for a jury instruction, any request that seeks a modification of any printed text without the required copy of the page with modifications written therein. Nor do I consider as a valid request, one based upon a citation to a case without the required copy of the page(s) relied upon.

    Accordingly, neither side has submitted timely and proper jury requests. I shall provide you one final chance for to comply with the Order. Accordingly, I hereby extend the time by which you must

```
COUNSEL OF RECORD
March 16, 2015
Page No. 3
```

file the required copies of pages with modifications written thereon[1] to Thursday, March 18, 2015 at 2:00 PM.

    Although in letter form, this document constitutes an Order and shall be docketed as such by the Clerk.

Yours truly,

_____/s/_____
Marvin J. Garbis
United States District Judge

cc: Clerk

---

[1] It will not be necessary to provide copies of the pages of published jury instructions that are not modified.