

HONORABLE MARVIN J. GARBIS
UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201

March 16, 2015

ALL COUNSEL OF RECORD

      Re:  Smith v. City, MJG-13-1352

Dear Counsel:

    Due to scheduling conflicts, and your agreement to defer opening statements and commencement of evidence to Tuesday, March 24, the instant case has been reassigned to Judge Motz for trial.

    The trial shall proceed pursuant to existing scheduling.

    Although in letter form, this document constitutes an Order and shall be docketed as such by the Clerk.

Yours truly,

_____/s/_____
Marvin J. Garbis
United States District Judge

CC: Clerk, Judge Motz