

Writer's Direct Contact:
410.783.3528
eharlan@agtlawyers.com

Reply to Baltimore Office

217 east redwood street
21st floor
baltimore, maryland 21202
410.783.3550
410.783.3530 fax

washington, dc

www.agtlawyers.com

March 23, 2015

**VIA ECF**
The Honorable J. Frederick Motz
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re: *Makia Smith v. Baltimore City Police Department, et al.*
       Civil Case No.: 1:13-cv-1352 (JFM)

Dear Judge Motz:

  Plaintiff writes in response to Defendants' Motion *in Limine* to Exclude Internal Investigations Division Records and Evidence (ECF No. 131) (the "Motion"). The deadline for filing motions *in limine* was March 9, 2015. (ECF No. 78.) The relief sought in the Motion could have been requested in a timely fashion and instead is being raised on the eve of trial. Plaintiff respectfully requests that the motion be denied as untimely.

  If the Court requires any additional information, Plaintiff will readily comply.

          Very truly yours,

          *Elizabeth Harlan*

          Elizabeth Harlan

EAH/kjg

cc: All counsel of record (*via ECF*)

Author, The Law of Advertising
LexisNexis

21453.001/120171