IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAKIA SMITH                         *
                                    *
                                    *
       v.                           *       Civil No. – JFM-13-1352
                                    *
BALTIMORE CITY POLICE DEPARTMENT    *
                               ******

## VERDICT SHEET

1. Do you find in favor of plaintiff on her claim for violation of her First Amendment rights against:

    Officer Church        Yes_____        No  X

2. Do you find in favor of plaintiff on her Constitutional claims for unlawful arrest against:

    Officer Church        Yes_____        No  X

3. Do you find in favor of plaintiff on her Constitutional claims for the use of excessive force against:

    Officer Church        Yes_____        No  X

    Officer Campbell      Yes_____        No  X

4. Do you find in favor of plaintiff on her common law claim for battery against:

    Officer Church        Yes_____        No  X

    Officer Campbell      Yes_____        No  X

5. Do you find in favor of plaintiff on her common law claim for false arrest and false imprisonment against:

    Officer Church        Yes_____        No  X

6. If you find in favor of plaintiff in answer to questions 1, 2, 3, or 4, what amount of compensatory damages do you award to plaintiff against:

    Officer Church      $_____

    Officer Campbell   $_____

7. If you find in favor of plaintiff in answer to questions 1, 2, 3, or 4, and have awarded her compensatory damages in response to question 5, do you award punitive damages against:

    Officer Church      Yes_____        No_____

    Officer Campbell   Yes_____        No_____

Date: MARCH 30, 2015

**SIGNATURE REDACTED**
_____
Foreperson