# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MAKIA SMITH, | * | |
| Plaintiff | * | |
| v. | * | CASE NO.: 1:13-cv-1352-JFM |
| BALTIMORE CITY POLICE DEPARTMENT, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF CHRISTOPHER J. LYON

The Affiant, Christopher J. Lyon, states:

1. I am over the age of eighteen years and I am competent to testify as herein set forth.

2. I am a member of the law firm Astrachan Gunst Thomas, P.C., and, together with Lawrence S. Greenberg, James B. Astrachan, and Elizabeth A. Harlan, am counsel for Plaintiff Makia Smith in the above-captioned matter.

3. On March 30, 2015, after the jury had delivered their verdict and exited the courtroom, counsel for both sides shook hands and began gathering their belongings.

4. While this activity was taking place, the father of Juror #2 approached the bar and began speaking with Thurman Zollicoffer, counsel for Defendants.

5. While the two men were talking, I overheard the father of Juror #2 thank Mr. Zollicoffer for taking the time to have a discussion with him. The father said something to the effect of, "Thank you for discussing with me."

6. In addition to the conversation I overheard on March 30, on Wednesday, March 25, 2015, counsel for Plaintiff left the courthouse for lunch.

7. Upon our return, I was going through the metal detector on the first floor of the courthouse at the same time as Juror #2 and the gentleman that I later learned was his father.

8. As I was collecting my belongings from the conveyor belt, the father of Juror #2 asked me whether the jury needed to be unanimous in its decision. Juror #2 was standing next to his father when the question was asked. I responded that I could not discuss the case, especially in front of a juror.

9. At that time, I did not know that the man was Juror #2's father.

The Affiant further saith naught.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 2, 2015

Christopher J. Lyon

2