UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 4, 2015

MEMO TO COUNSEL RE: Makia Smith v. Baltimore City Police Department, et al.
Civil No. JFM-13-1352

Dear Counsel:

    I have reviewed the memoranda submitted in connection with plaintiff's motion for new trial.

    The motion (document 149) is denied. Plaintiff has produced absolutely no evidence that any conversation between Mr. Zollicoffer, Jr. and the father of one of the jurors in any way affected the unanimous verdict reached by the jury in this case.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an Order.

Very truly yours,

/s/ J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 MAY -4 PM 3:18
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY