UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>J. FREDERICK MOTZ<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0782<br>(410) 962-2698 FAX |

June 17, 2015

MEMO TO COUNSEL RE:  Makia Smith v. Baltimore City Police Department, et al.
                    Civil No. JFM-13-1352

Dear Counsel:

      I have reviewed the memoranda submitted in connection with the motion for judgment filed by the Baltimore City Police Department and Commissioner Anthony Batts (document 155).  The motion is granted.  This ruling, of course, may be appealed.  In the event that the verdict in favor of Officer Campbell and Officer Church is reversed on appeal, my ruling here may also be reversed as well.

      Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an Order.

      Very truly yours,

      /s/

      J. Frederick Motz
      United States District Judge