FILED: November 18, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1604
(1:13-cv-01352-JFM)

_____

MAKIA SMITH

      Plaintiff - Appellant

v.

BALTIMORE CITY POLICE DEPARTMENT; ANTHONY W. BATTS, in his official capacity as Commissioner of the Baltimore City Police Department; OFFICER NATHAN CHURCH, in both his official and individual capacity as an officer of the Baltimore City Police Department; OFFICER KENNETH CAMPBELL, in both his official and individual capacity as an officer of the Baltimore City Police Department

      Defendants - Appellees

 and

 OFFICER WILLIAM PILKERTON, JR., in both his official and individual capacity as an officer of the Baltimore City Police Department; OFFICER NATHAN ULMER, in both his official and individual capacity as an officer of the Baltimore City Police Department

      Defendants

_____

## M A N D A T E

_____

The judgment of this court, entered October 27, 2016, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*